UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA TEMPERANCE COSTIGAN,

Plaintiff,

-against-

TOWN OF POUGHKEEPSIE POLICE DEPT., et al.,

Defendants.

**26-CV-8402 (JGLC)**

**ORDER OF SERVICE**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Sara Temperance Costigan, of Wingdale, New York, who is appearing *pro se*, brings this action asserting claims of federal constitutional violations and claims under the Americans with Disabilities Act ("ADA"), seeking damages and injunctive relief. She sues: (1) the Town of Poughkeepsie Police Dept ("TOPPD"); (2) TOPPD Police Officer Megan Myler; (3) TOPPD Police Sergeant Ryan Watt; and (4) unidentified TOPPD Police Officers and/or Detectives. The Court construes Plaintiff's complaint as asserting claims under 42 U.S.C. § 1983, Title II of the ADA, the Rehabilitation Act of 1973, and under state law.

By order dated October 6, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, leave to proceed without prepayment of fees. The Court directs service on the identified individual Defendants and on the TOPPD. The Court further directs the Poughkeepsie Town Attorney to provide Plaintiff and the Court with the identities, service addresses, and, if appropriate, badge numbers of the unidentified Defendants.

## DISCUSSION

### A. Service on the identified individual Defendants and on the TOPPD

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service on

the identified individual Defendants and on the TOPPD.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service of summonses and the complaint on the identified individual Defendants and the TOPPD through the USMS, the Clerk of Court is instructed to fill out USMS Process Receipt and Return forms ("USM-285 form") for those Defendants. The Clerk of Court is further instructed to issue summonses for those Defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of summonses and the complaint on those Defendants.

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

**B. Unidentified Defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying an unidentified defendant and ascertaining that defendant's service address. 121

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") generally requires that summonses and the complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses for the identified individual Defendants and the TOPPD be issued. The Court therefore extends the time to serve those Defendants until 90 days after the date that summonses for those Defendants are issued. If summonses and the complaint are not served on those Defendants within 90 days from the date that summonses for those Defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the TOPPD to identify the unidentified Defendants; they are those members of the TOPPD who, on or about October 7, 2024, in the vicinity of Vassar College, interacted with Plaintiff in the course of the arrest of her father, Wayne Costigan, at that same location. It is therefore ordered that the Poughkeepsie Town Attorney, who is the attorney for and agent of the TOPPD, must ascertain the identities, job titles, service addresses, and, if appropriate, badge numbers of those unidentified Defendants whom Plaintiff seeks to sue here. The Poughkeepsie Town Attorney must provide this information to Plaintiff and to the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individuals as Defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order directing service on the newly named Defendants.

**C. City Bar Justice Center**

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves in civil actions filed in this court.[2]

Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is not able to complete this form, or if Plaintiff has questions about the form, she should call (212) 382-4794. A flyer with details is attached.

[2] The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue summonses for the identified Defendants (Town of Poughkeepsie Police Department ("TOPPD"), TOPPD Police Officer Megan Myler, and TOPPD Police Sergeant Ryan Watt); (2) complete USM-285 forms with the service addresses of the identified Defendants; and (3) deliver all documents necessary to effect service of summonses and the complaint on the identified Defendants to the USMS.

The Court further directs the Clerk of Court to mail a copy of this order and of the complaint to the following address: Poughkeepsie Town Attorney, Legal Department, 1 Overocker Road, Poughkeepsie, New York 12603.

A CBJC flyer and an amended complaint form are attached to this order.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[3]

The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or who has not been granted e-filing privileges.

SO ORDERED.

Dated: November 9, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

[3] If Plaintiff consents to receive documents by email, she will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Town of Poughkeepsie Police Department
   19 Tucker Drive
   Poughkeepsie, New York 12603

2. Police Officer Megan Myler
   Town of Poughkeepsie Police Department
   19 Tucker Drive
   Poughkeepsie, New York 12603

3. Police Sergeant Ryan Watt
   Town of Poughkeepsie Police Department
   19 Tucker Drive
   Poughkeepsie, New York 12603

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

________________________________________

________________________________________

Write the full name of each plaintiff.

-against-

________________________________________

________________________________________

________________________________________

________________________________________

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_______________

(Include case number if one has been assigned)

## AMENDED

## COMPLAINT

Do you want a jury trial?

☐ Yes ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

________________________________________________

________________________________________________

________________________________________________

________________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ________________________________, is a citizen of the State of
(Plaintiff's name)

______________________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

________________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________________, is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, ______________________________, is incorporated under the laws of

the State of ______________________________

and has its principal place of business in the State of ______________________________

or is incorporated under the laws of (foreign state) ______________________________

and has its principal place of business in ______________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

______________________________
First Name Middle Initial Last Name

______________________________
Street Address

______________________________
County, City State Zip Code

______________________________ ______________________________
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: ____________________

First Name Last Name

____________________

Current Job Title (or other identifying information)

____________________

Current Work Address (or other address where defendant may be served)

____________________

County, City State Zip Code

Defendant 2: ____________________

First Name Last Name

____________________

Current Job Title (or other identifying information)

____________________

Current Work Address (or other address where defendant may be served)

____________________

County, City State Zip Code

Defendant 3: ____________________

First Name Last Name

____________________

Current Job Title (or other identifying information)

____________________

Current Work Address (or other address where defendant may be served)

____________________

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated Plaintiff's Signature

First Name Middle Initial Last Name

Street Address

County, City State Zip Code

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.